UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA CAMPBELL,<br><br>                Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration,<br><br>                Defendant. | CASE NO. CV 09-02820 SJO (RZ)<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

       Based upon the parties' Stipulation to Extend Briefing Schedule, the Court ordered that Defendant's Memorandum in Support of his Answer be filed by November 14, 2009. The docket shows that, as late as the date of this Order, Defendant has not filed his Memorandum. Defendant has failed to comply with the Court's order.

       Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, Defendant shall show cause in writing why he should not be sanctioned including but not limited to an order that he pay monetary sanctions for his failure to comply with the Court's orders. The filing of Defendant's Memorandum within 20 days, shall discharge the order to show cause.

///

///

1  IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order
2  on the attorneys for all parties appearing in this action.
3
4  DATED: December 3, 2009
5
6  _____
7  RALPH ZAREFSKY
   UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28