ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jlowenstein @yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA A. CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY<br><br>    Defendant<br>_____ | NO. CV 09-2820 RZ<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES UNDER EAJA<br><br>_____ |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA,

IT IS HEREBY ORDERED that plaintiff's counsel as assignee of plaintiff be awarded attorneys fees under EAJA in the amount of $3,450.00.

Dated:  February 17, 2010

_____
Ralph Zarefsky
U.S. Magistrate Judge